UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                     No. C-12-2014 EMC (pr)

INEZ TITO LUGO,

          Plaintiff.                          **ORDER OF DISMISSAL**

_____/

       This action was opened on April 23, 2012, when the Court received from Inez Tito Lugo a letter to Judge Henderson that concerned medical care in prison. On that date, the Court notified Mr. Lugo in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Lugo then sent to the Court a letter asking that the action be dismissed, as he wanted to inform Judge Henderson of his views but did not want to commence a separate action. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

       IT IS SO ORDERED.

Dated: May 18, 2012

                                                             EDWARD M. CHEN
                                                            United States District Judge